1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| WILLIE LEO HARRIS, | Case No.  1:16-cv-01572-DAD |
| Petitioner, | DEATH PENALTY CASE |
| v. | ORDER APPOINTING COUNSEL AND SETTING INITIAL CASE MANAGEMENT CONFERENCE |
| RON DAVIS, Warden of California State Prison at San Quentin, | |
| Respondent. | Case Management Conference<br>Date: January 18, 2017<br>Time: 10:00 a.m.<br>Courtroom: 5<br>Judge: Hon. Dale A. Drozd |

On October 18, 2016, petitioner Willie Leo Harris, a state prisoner facing capital punishment, commenced this action pursuant to 28 U.S.C. § 2254 by filing applications for appointment of counsel to represent him, stay of execution and to proceed in forma pauperis.

On October 19, 2016, the court issued an order referring the case to the Selection Board for the Eastern District of California for recommendation of counsel, denying without prejudice petitioner's application for stay of execution and granting petitioner's application to proceed in forma pauperis.  On October 19, 2016, Deputy Attorney General Amanda Cary filed her notice of appearance on behalf of respondent, Ron Davis, Warden of California State Prison at San Quentin.

On November 28, 2016, the Selection Board recommended that attorneys Richard Novak and Saor Stetler be appointed to represent petitioner.  The court will adopt that recommendation.

Accordingly,

1. Richard Novak, Esq. and Saor Stetler, Esq. are appointed as co-counsel to represent petitioner for all purposes in this proceeding pursuant to 18 U.S.C. § 3599. *See* Local Rule 191(c).

2. On January 18, 2017 at 10:00 a.m., the undersigned will hold a case management conference. The parties may appear by teleconference. Counsel are directed to contact the court's Courtroom Deputy Clerk, Ms. Renee Gaumnitz, to advise that they will be appearing telephonically and to obtain the teleconference number and pass code. Petitioner's counsel shall be prepared to discuss the due date for filing the federal habeas petition. Respondent's counsel shall be prepared to discuss setting a date for lodging the state court record as described in Local Rule 191(h)(1), as well as a date for filing the answer or other responsive pleading. In addition, counsel shall be prepared to discuss whether points and authorities addressing petitioner's satisfaction of 28 U.S.C. § 2254(d) should be included in the pleadings.

3. At the conclusion of the case management conference, respondent's counsel will be excused and the conference will continue ex parte with counsel for petitioner present to discuss budgeting procedures. Appendix A to this order is a description of those procedures. Petitioner's counsel shall complete the Case Evaluation Form and Rate Justification Worksheets for each attorney, attached hereto as Appendices B and C, and submit these documents to the court under seal by e-mailing them to the court's Approved Sealed@ e-mail address, ApprovedSealed@caed.uscourts.gov, at least one week before the case management conference. Petitioner's counsel shall also prepare a proposed budget for the first phase of the litigation, using the Capital Habeas Funding Application available from Ms. Kristine Fox, 9th Circuit CJA Case Managing Attorney, kfox@ce9.uscourts.gov, and submit the proposed budget to the court under seal by e-mailing it to the court's above noted Approved Sealed@ e-mail

1   address, at least one week before the case management conference.

2   4.   The Clerk of the Court is directed to file under seal the Selection Board's

3   November 28, 2016 letter to the court.

4   5.   The Clerk of the Court is directed to serve copies of this order on Richard G.

5   Novak, 65 N. Raymond Avenue, Suite 320, Pasadena, CA 91103, (Ph.) 626-578-

6   1175, (Fax.) 626-685-2562, (Email) richard@rgnlaw.com; Saor E. Stetler, P.O.

7   Box 2189, Mill Valley, CA 94941, (Ph.) 415-388-8924, (Fax.) 888-326-7101,

8   (Email) saorstetler@me.com; Ron Davis, Warden of San Quentin State Prison,

9   San Quentin, CA 94964; Amanda Diane Cary, Deputy Attorney General, 2550

10   Mariposa Mall, Suite 5090, Fresno, CA 93721, (Ph.) 559-477-1682, (Email)

11   amanda.cary@doj.ca.gov; and Connie Garcia, CJA Administrator, Office of the

12   Federal Defender, 2300 Tulare Street, Suite 330, Fresno, CA 93721.

13

IT IS SO ORDERED.

14

15   Dated:   **November 29, 2016**   _____

16   UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

3