UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEO HARRIS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON DAVIS, Warden of the California State Prison at San Quentin,<br><br>　　　　Respondent.[1] | Case No. 1:16-cv-01572-KES<br><br>DEATH PENALTY CASE<br><br>ORDER DIRECTING THAT COUNSEL FOR PETITIONER FILE A STATUS REPORT |

　　A review of the record reflects that on July 2, 2020, the Court issued an order staying these federal proceedings and holding them in abeyance of state exhaustion proceedings. (Doc. 70.) Therein, the Court directed that Petitioner pursue state court exhaustion without delay, and file in this Court a motion to lift the stay within thirty (30) days following resolution of the unexhausted claims in state court. (*Id.* at 12.)

---

[1] A CDCR California Incarcerated Records and Information Search ("CIRIS") shows that Petitioner is incarcerated at the California Correctional Institution, Tehachapi, CA, in the care and custody of Warden Brian Cates. See Ciris.mt.cdcr.ca.gov (last visited February 24, 2025).

1    The Court, in order to ensure proper case management, directs that counsel for Petitioner
2 file a report on the status of the state court proceedings by not later than 30 (thirty) days
3 following the entry of this order. The Court's noted prior order continues in full force and
4 effect.

IT IS SO ORDERED.

Dated:   March 9, 2025

UNITED STATES DISTRICT JUDGE