UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEO HARRIS, | Case No. 1:16-cv-01572-KES |
| Petitioner, | DEATH PENALTY CASE |
| v. | ORDER THAT PETITIONER FILE A STATUS REPORT |
| BRIAN CATES, Warden of the California Correctional Institution, | |
| Respondent.[1] | |

Petitioner, a condemned state prisoner represented by appointed counsel Richard Novak and Saor Stetler, filed on April 8, 2025, a status report advising the Court of potential state appellate proceedings regarding the Superior Court's denial of resentencing on his capital conviction and sentence. The status report further indicated that counsel still needed to "determine the remaining scope of the state exhaustion proceedings."

It is ordered that petitioner file, by not later than 30 days following service of this order, a

---

[1] A California Incarcerated Records and Information Search ("CIRIS") shows that petitioner is incarcerated at the California Correctional Institution, Tehachapi, CA, in the care and custody of warden Brian Cates. See Ciris.mt.cdcr.ca.gov (last visited December 8, 2025); Fed. R. Evid. 201. Pursuant to Federal Rule of Civil Procedure 25(d), the Court substitutes warden Cates as respondent in place of his predecessor wardens.

1

status report updating the Court on the state appellate court proceedings and the status of his exhaustion of his federal claims.[2]  The status report shall include the filing date of the petitioner's state exhaustion petition.  If that petition has not yet been filed, petitioner shall identify his anticipated date for filing the state exhaustion petition and set forth good cause for deferring the filing to that date.

IT IS SO ORDERED.

Dated:   December 19, 2025

_____
UNITED STATES DISTRICT JUDGE

---

[2] On July 2, 2020, the Court stayed this 28 U.S.C. § 2254 proceeding to allow petitioner to exhaust "without delay" federal claims 8; 10; 11.C.12; 11.C.14; 12; 13; 14; 27; 32; 34.D.5; 34.D.6; 34.D.7; 34.D.9; 36; 43; and 44, raised in the federal petition filed on March 30, 2018. See Doc. 70 at 1 n.1, 12.